UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Danielle I. Szlawieniec-Haw (a/k/a D. Cole);
Thomas G. Adams (a/k/a Tom Adams);
Next Door Media Inc.,

Plaintiffs,

v.    **CV26-02264**

Le Ha Nhi,

Defendant.

COMPLAINT FOR COPYRIGHT INFRINGEMENT
AND REQUEST FOR INJUNCTIVE RELIEF

# I. NATURE OF THE ACTION

1. This action arises under the Copyright Act, 17 U.S.C. §101 et seq.
2. Defendant reproduced, publicly displayed, distributed, and monetized Plaintiffs' original audiovisual works without authorization on YouTube.
3. Defendant filed a DMCA counter-notification. YouTube has notified Plaintiffs that the infringing content will be restored beginning on February 26, 2026 unless Plaintiffs file an action seeking a court order restraining Defendant from engaging in infringing activity pursuant to 17 U.S.C. §512(g).
4. Plaintiffs seek injunctive relief to prevent reposting of the works and seek actual damages conservatively estimated at $1,000 per infringed work.

# II. JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction under 28 U.S.C. §§1331 and 1338(a).
6. Defendant purposefully directed infringing activity toward the United States and this District by operating a monetized YouTube channel accessible in the United States and entering into monetization agreements with YouTube, LLC, headquartered in this District.
7. Defendant's infringing content was hosted, processed, and monetized through infrastructure and advertising systems administered within this District.

8. Defendant derived revenue from U.S. advertising systems and targeted English-speaking U.S. audiences.

9. Venue is proper under 28 U.S.C. §1400(a) because Defendant committed acts of infringement in this District and directed commercial activity toward this District.

## III. PARTIES

10. Plaintiff Danielle I. Szlawieniec-Haw is an individual residing in Ontario, Canada and co-owner of the copyrighted works.

11. Plaintiff Thomas G. Adams is an individual residing in Ontario, Canada and co-owner of the works.

12. Plaintiff Next Door Media Inc. is an Ontario corporation and co-owner of the works.

13. Defendant Le Ha Nhi resides in Vietnam and operates the YouTube channel "True Crime stories."

## IV. COPYRIGHT OWNERSHIP

14. Plaintiffs are the creators and co-owners of twenty-three original audiovisual works identified in Exhibit A.

15. Complete applications for U.S. Copyright Registration were filed and fees paid on February 24, 2026.

16. Registration is currently pending.

17. Plaintiffs will amend this Complaint upon issuance of registration certificates.

## V. FACTUAL ALLEGATIONS

18. Defendant copied and uploaded full or substantially identical versions of Plaintiffs' works without authorization.

19. The infringing URLs are listed in Exhibit B.

20. Defendant monetized the uploads through YouTube's advertising program.

21. Plaintiffs submitted DMCA takedown notices.

22. Defendant filed a counter-notifications.

23. YouTube notified Plaintiffs that the content will be restored on February 26 absent proof of litigation.

24. Defendant's conduct was willful.

25. Defendant has also sent explicit threatening and harassing emails to Plaintiff Danielle I. Szlawieniec-Haw.

26. A police report was filed regarding Defendant's conduct (Toronto Police Service Report No. 26-312083).
27. Defendant's threats and counter-notification demonstrate a likelihood of continued infringement and escalating misconduct absent judicial intervention.
28. Plaintiffs have suffered actual damages including lost advertising revenue conservatively estimated at $1,000 USD per infringed work, totaling $23,000 USD.

# VI. CLAIM FOR RELIEF

(Copyright Infringement – 17 U.S.C. §501)

29. Plaintiffs reallege the foregoing.
30. Defendant violated Plaintiffs' exclusive rights under 17 U.S.C. §106 by reproducing, distributing, publicly displaying, and monetizing Plaintiffs' works without authorization.
31. Defendant's infringement is ongoing and likely to recur.

# VII. PRAYER FOR RELIEF

Plaintiffs respectfully request:

A. A temporary, preliminary, and permanent injunction prohibiting Defendant from reproducing, uploading, re-uploading, distributing, publicly displaying, or monetizing Plaintiffs' copyrighted works;

B. Actual damages in the amount of $23,000 USD;

C. Costs of suit;

D. Such further relief as the Court deems just.

# JURY DEMAND

Plaintiffs demand trial by jury.

Signed,

Danielle I. Szlawieniec-Haw
3008 – 280 Wellesley St. East
Toronto, ON M4X 1G7
Canada
danielle.irene.shaw@gmail.com
416-455-7187

## PLAINTIFFS' EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiffs move for a Temporary Restraining Order pursuant to Federal Rule of Civil Procedure 65.

Defendant has filed a DMCA counter-notification and YouTube has informed Plaintiffs that the infringing content will be restored beginning on February 26, 2026 unless Plaintiffs file an action seeking a court order restraining Defendant from engaging in infringing activity.

Absent immediate relief, Defendant will repost and monetize Plaintiffs' copyrighted works.

Plaintiffs satisfy the Winter factors:

1. Likelihood of Success: Defendant copied and monetized Plaintiffs' original works without authorization.
2. Irreparable Harm: Restoration of infringing content will result in loss of exclusive control, diversion of advertising revenue, and reputational harm. Defendant's explicit threats demonstrate escalation and likelihood of continued misconduct.
3. Balance of Equities: Defendant suffers no hardship from complying with copyright law.
4. Public Interest: Enforcement of federal copyright protections serves the public interest.

Plaintiffs request an order restraining Defendant from:

- Reproducing Plaintiffs' works;
- Uploading or re-uploading them;
- Monetizing copies;
- Filing additional counter-notifications seeking reinstatement.

Plaintiffs request minimal bond.

## DECLARATION OF DANIELLE I. SZLAWIENIEC-HAW

I declare under penalty of perjury:

1. I am a Plaintiff in this action.
2. I am a creator and co-owner of the works at issue.
3. Complete copyright registration applications were filed on February 24, 2026.
4. Defendant uploaded copies of our works without authorization.
5. Defendant monetized the infringing uploads.
6. We submitted DMCA takedown notices.
7. Defendant filed a counter-notification.
8. YouTube informed us that the content will be restored beginning on February 26 unless we file suit.
9. Defendant has sent explicit threatening and harassing emails to me.
10. A police report was filed (Toronto Police Service Report No. 26-312083).
11. I believe Defendant will repost the works absent court intervention.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2026.

Signature: _[signature]_

## MOTION FOR AUTHORIZATION OF ALTERNATIVE SERVICE

Plaintiffs move under Federal Rule of Civil Procedure 4(f)(3) for authorization to serve Defendant via email.

Defendant resides in Vietnam.

Traditional Hague Convention service would be time-consuming and would not prevent imminent restoration of infringing content.

Defendant actively uses the email address associated with the YouTube account.

Email service is reasonably calculated to provide actual notice.

Plaintiffs request authorization to serve Defendant via:

- Email at: support@tininetwork.com
- Email at: anhduoc86bg@gmail.com

## EXHIBIT A

## VIDEOS THAT WERE INFRINGED UPON AND INFRINGING URLS

- o Video 1 - "Narcissistic Killer Realizes His Life Is Over" – U.S. Copyright Registration No. 1-15100236771

- o Video 2- "Killer Frenemy Thinks She's Going Home... (She's Not) - Full Police Interview" – U.S. Copyright Registration No. 1-15106627492

- o Video 3 - "Entitled Killer Realizes His Victim Solved His Own Murder" - Full Police Interrogation – U.S. Copyright Registration No. 1-15106627121

- o Video 4 - "The Interrogation Of An Insane Killer - Full Police Interrogation" – U.S. Copyright Registration No. 1-15106627597

- o Video 5 - "Killer Girlfriend Realizes Her Life Is Over - Full Police Interrogation" – U.S. Copyright Registration No. 1-15106746670

- o Video 6 - "Killer Lover Realizes She Murdered The Wrong Person - Full Police Interrogation" – U.S. Copyright Registration No. 1-15106627566

- o Video 7 - "Killer Girlfriend Thinks She Can Outsmart Police... (She Can't) - Full Police Interrogation" – U.S. Copyright Registration No. 1-15106746782

- o Video 8 - "Killer Wife Realizes Her Life Is Over - Full Police Interrogation" – U.S. Copyright Registration No. 1-15106627418

- o Video 9 - "Killer Girlfriend Tries To Flirt With Police... (It Doesn't Work) - Full Police Interrogation" – U.S. Copyright Registration No. 1-15106746629

- o Video 10 - "Killer Wife Laughs During Interrogation... Until Reality Hits - Full Police Interview" – U.S. Copyright Registration No. 1-15106746721

- o Video 11 - "Killer Cop Realizes His Life Is Over - Full Police Interrogation" – U.S. Copyright Registration No. 1-15106746833

- o Video 12 - "Psychopathic Killer Thinks He Can Just Dismember Teen... (He Didn't) - Full Police Interrogation" – U.S. Copyright Registration No. 1-15106747014

- o Video 13 - "Killer Girlfriend Laughs During Interrogation... (Until Reality Hits) - Full Police Interrogation" – U.S. Copyright Registration No. 1-15106747127

- o Video 14 - "Narcissistic Killer Realizes His Life Is Over - Full Police Interrogation" – U.S. Copyright Registration No. 1-15106747209

- ○ Video 15 - "Evil Mother Thinks She Got Away With Murder (She Did... Not) - Full Police Interrogation" – U.S. Copyright Registration No. 1-15106747240

- ○ Video 16 - "Killer Boyfriend Thinks He Can Get Away With Murder... (He Can't) - Full Police Interrogation" – U.S. Copyright Registration No. 1-15106747055

- ○ Video 17 - "Teen Killer Realizes Victim Solved His Own Murder" – U.S. Copyright Registration No. 1-15106747096

- ○ Video 18 - "Killer Wife Flirts With Investigators - Until Reality Hits - Full Police Interrogation" – U.S. Copyright Registration No. 1-15106747168

- ○ Video 19 - "Narcissistic Killer Doesn't Realize She Was Caught On Camera" – U.S. Copyright Registration No. 1-15106747404

- ○ Video 20 - "Evil Daughter Thinks She Can Outsmart Police (It Doesn't Work)" – U.S. Copyright Registration No. 1-15106747445

- ○ Video 21 - "Mom Realizes Her Own Daughter Is A Killer" – U.S. Copyright Registration No. 1-15106747291

- ○ Video 22 - "College Football Star Jokes About Secret Girlfriend's Murder - Until Police Discover His Web Of Lies" – U.S. Copyright Registration No. 1-15106747322

- ○ Video 23 - "Killer Boyfriend Realizes His Life Is Over - Full Police Interrogation" – U.S. Copyright Registration No. 1-15106747373

The works were first published on:

- ○ Video 1 - Nov. 10, 2024

- ○ Video 2- Jun. 23, 2024

- ○ Video 3 - Jun. 5, 2025

- ○ Video 4 - May 27, 2025

- ○ Video 5 - Jun. 17, 2025

- ○ Video 6 - Jul. 15, 2025

- ○ Video 7 - Jun. 26, 2025

- ○ Video 8 - Apr. 6, 2025

- Video 9 - May 25, 2025

- Video 10 - Sep. 2, 2025

- Video 11 - Mar. 2, 2025

- Video 12 - Jun. 15, 2025

- Video 13 - Aug. 3, 2025

- Video 14 - Jul. 29, 2025

- Video 15 - Oct. 2, 2025

- Video 16 - Jul. 1, 2025

- Video 17 - Jun. 10, 2025

- Video 18 - Sep. 25, 2025

- Video 19 - Jul. 31, 2025

- Video 20 - Dec. 7, 2025

- Video 21 - Nov. 20, 2025

- Video 22 - Sep. 19, 2024

- Video 23 - May 29, 2025

Defendant uploaded infringing copies to YouTube at the following URLs:

- Video 1 - https://www.youtube.com/watch?v=-SHd50tCs98

- Video 2 - https://www.youtube.com/watch?v=axyJrmwroOg

- Video 3 - https://www.youtube.com/watch?v=9kyc3aLaNCo

- Video 4 - https://www.youtube.com/watch?v=0X8Izrr_s3U

- Video 5 - https://www.youtube.com/watch?v=s2ve4jWx5eM

- Video 6 - https://www.youtube.com/watch?v=ot8DDIK_3bM

- Video 7 - https://www.youtube.com/watch?v=e2gtwt62ZbE

- Video 8 - https://www.youtube.com/watch?v=dIKJRXSqbyg

- Video 9 - https://www.youtube.com/watch?v=4n8TiNosyGs

- Video 10 - https://www.youtube.com/watch?v=5Zp0kkKfMSE

- Video 11 - https://www.youtube.com/watch?v=jd6HUn0ekfU

- Video 12 - https://www.youtube.com/watch?v=G2j2nLT0I_g

- Video 13 - https://www.youtube.com/watch?v=GhNOXIOqZjE

- Video 14 - https://www.youtube.com/watch?v=PXtMed4FV-U

- Video 15 - https://www.youtube.com/watch?v=xsSm63Dm7gY

- Video 16 - https://www.youtube.com/watch?v=q-qyiUlWWx8

- Video 17 - https://www.youtube.com/watch?v=7SoDnWwXB1I

- Video 18 - https://www.youtube.com/watch?v=PsaG6ebUmDY

- Video 19 - https://www.youtube.com/watch?v=J9LS8854kvI

- Video 20 - https://www.youtube.com/watch?v=IvP3QpdtXkM

- Video 21 - https://www.youtube.com/watch?v=M-8j-kIp-qM

- Video 22 - https://www.youtube.com/watch?v=UyonNgtzxC4

- Video 23 - https://www.youtube.com/watch?v=89EOw8OBklk

EXHIBIT B

EMAIL EXCHANGES BETWEEN DANIELLE I. SZLAWIENIEC-HAW AND DEFENDANT

Email thread A:





**TRƯỞNG TÔ VĂN**
to me

I have produced my content based on YouTube's policies and the principles of Fair Use, with edits, commentary, and added value of my own.

My goal is to create positive content and not negatively affect any other channel.

If possible, I kindly ask you to consider withdrawing the complaint so neither of our channels is impacted.

If we are unable to reach an agreement, I may submit a counter-notification to YouTube for review through the official process.

I do not wish for this matter to take up time or affect the work and quality of either of our channels.

I hope this issue can be resolved clearly and fairly.

Vào CN, 8 thg 2, 2026 vào lúc 04:15 Danielle Sziawieniec-Haw <danielle.irene.shaw@gmail.com> đã viết:
Hello,
...

**TRƯỞNG TÔ VĂN**
to me

I believe we should choose a peaceful solution, and that is truly what I hope for. You can remove the copyright strikes quite easily, and it would prevent any negative impact on either of us.

If you would like me to delete the videos that used your content, please let me know — I am willing to remove all content related to your channel.

I sincerely hope we can cooperate and find the simplest possible way to resolve this issue together.

Vào CN, 8 thg 2, 2026 vào lúc 04:24 Danielle Sziawieniec-Haw <danielle.irene.shaw@gmail.com> đã viết:
...

**TRƯỞNG TÔ VĂN**
to me

I have also included your channel name and credited the source in the video description as a form of promotion and as a sign of respect to you. I hope you understand that receiving copyright strikes is very harmful and has a serious impact on my channel.

I kindly ask you to reconsider so we can find the most reasonable solution together. Thank you for your response, and please feel free to reply if you have any thoughts or concerns.

Vào CN, 8 thg 2, 2026 vào lúc 04:24 Danielle Sziawieniec-Haw <danielle.irene.shaw@gmail.com> đã viết:
...

**TRƯỞNG TÔ VĂN**
to me

Hello, could you please respond so we can work together to find a specific solution?

Vào CN, 8 thg 2, 2026 vào lúc 04:24 Danielle Sziawieniec-Haw <danielle.irene.shaw@gmail.com> đã viết:
...

**Danielle Sziawieniec-Haw** <danielle.irene.shaw@gmail.com>
to TRƯỞNG
...

As I'm sure you're aware, you have taken material from our channel and tried to remove or blur our logo to pass off our work as your own - whether there's a mention about our channel at the bottom of the description or not. There is also material from other channels - and thumbnail art - that has been taken.

You could have reached out to us to request our permission to use our content - or sought out FOIA materials yourself - but you chose not to do that.

We do not want to pursue the matter in court, but, given the amount of our material that has been taken, we will do so should you choose to file counterclaims. We have documented all the videos that infringe our copyright and gathered all the evidence needed to pursue the matter should we have to do that.

**TRƯỞNG TÔ VÂN**
to me

Sat, Feb 7, 4:44 PM (7 days ago)

Hello, thank you for your reply.
First, I would like to sincerely apologize for using the video content from your YouTube channel.
Second, I did include your channel name and credited your channel in the video description.

The reason I did not contact you to ask for permission earlier is because I could not find any way to reach you. Your channel did not list an email address or contact information, so I was unable to request permission.

I truly hope you can help me by removing the copyright strikes so I can delete all videos related to your channel. I also promise that I will not use or upload any more videos from your YouTube channel in the future.

Thank you very much. I sincerely hope you can assist me so my channel will not be removed from the YouTube platform. I would be very grateful if you could help me this once so I can continue pursuing my passion for YouTube and continue my work on the platform.

Vào CN, 8 thg 2, 2026 vào lúc 04:38 Danielle Szlawienieo-Haw <danielle.irene.shaw@gmail.com> đã viết:
...

---

**TRƯỞNG TÔ VÂN**
to me

Sat, Feb 7, 4:47 PM (7 days ago)

Do you agree with my proposed solution? I hope we can resolve this peacefully and in a positive way for both sides.

Please help me withdraw the copyright complaints, and I will delete all videos related to your content. Let's continue to share and spread positive values together.

Do you agree with this approach? Thank you very much. I truly hope this can happen so we can handle everything in a friendly and respectful way.

Vào CN, 8 thg 2, 2026 vào lúc 04:38 Danielle Szlawienieo-Haw <danielle.irene.shaw@gmail.com> đã viết.
...

---

**TRƯỞNG TÔ VÂN**
to me

Sat, Feb 7, 4:50 PM (7 days ago)

I hope you can understand that building a YouTube channel is a long and difficult journey.
I truly hope you understand this, and that we can resolve this matter in the most positive and respectful way for both of us.

I kindly ask you to withdraw the copyright complaints so I can delete all videos related to your channel. I give you my word that I will never upload any content related to your channel again.

Thank you very much. I sincerely hope for your cooperation. Thank you.

Vào CN, 8 thg 2, 2026 vào lúc 04:38 Danielle Szlawienieo-Haw <danielle.irene.shaw@gmail.com> đã viết:
...

---

**TRƯỞNG TÔ VÂN**
to me

Sat, Feb 7, 4:54 PM (7 days ago)

At this point, there are two possible options. First, I sincerely hope you can withdraw the copyright complaints so I can delete all videos related to your channel. I give you my word that I will never upload any content from your channel to mine again. This would allow us to resolve everything peacefully and on good terms.

However, if you decide to keep the copyright strikes on my channel, then I may have to file a counter-notification under YouTube's Fair Use policy. This process could take a great deal of time and may involve legal procedures, which neither you nor I truly want.

That is why I genuinely hope you will consider choosing the first option so we can settle the matter smoothly and positively. Thank you very much. I wish you good health, happiness, and wonderful time with your family and loved ones.

Please reply to me so we can find the most reasonable and friendly solution possible.

Vào CN, 8 thg 2, 2026 vào lúc 04:38 Danielle Szlawienieo-Haw <danielle.irene.shaw@gmail.com> đã viết
...

---

**TRƯỞNG TÔ VÂN**
to me

Sat, Feb 7, 5:03 PM (7 days ago)

Do you agree with our proposed way of resolving this matter?
Please let me know your thoughts — I look forward to your reply.

Vào CN, 8 thg 2, 2026 vào lúc 04:36 Danielle Szlawienieo-Haw <danielle.irene.shaw@gmail.com> đã viết
...

---

**Danielle Szlawienieo-Haw** <danielle.irene.shaw@gmail.com>
to TRƯỞNG

Sat, Feb 7, 5:17 PM (7 days ago)

I appreciate your apology and understand that this must be a tough and stressful situation. We are well aware of the work a channel takes to build, which is why we protect our copyright and the hard work our team puts into every video.

Unfortunately, the choice to not find a way to contact us - which other channels have done in the past - and to take our material, including full videos with logos blurred or attempted to be covered; thumbnails, written copy setting up the story; and intros and extros make it impossible for us to move forward in the way you suggest.

We also are concerned that material has been taken from other channels. Even if you weren't taking our material, we wouldn't be comfortable with supporting taking material from other channels without their permission.

We're sorry we can't retract the strikes. If you choose to file the counter-notifications, that will force us to pursue the matter in court, which we will do to the full extent of our legal rights.

We wish you and your team all the best.
...

**TRƯỜNG TÔ VĂN**
to me

Feb 2, 2026, 5:25 PM (7 days ago)

I sincerely hope you can help me this one time so I can have a chance to continue my work and pursue my passion for YouTube. Things are truly very difficult for me right now. I hope you can understand my situation and consider helping me, so I can keep my YouTube work. If my channel is removed, I will lose my job and it will seriously affect my life.

I respectfully ask for your understanding and support by withdrawing the copyright complaints so I can delete those videos and we can find the best possible solution together. I genuinely ask for your help this once, because if my channel is deleted, all the time, effort, and dedication I have invested into my YouTube career will be lost.

I promise that I will remove all videos related to your channel and I give you my word that I will never upload any content from your channel again. I truly ask for your help this one time.

I wish you, your family, and your team all the very best. Thank you very much, and I sincerely ask for your support.

Vào CN, 8 thg 2, 2026 vào lúc 05:17 Daniella Szlawienco-Haw <daniella.anna.snzw@gmail.com> đã viết:
...

**TRƯỜNG TÔ VĂN**
to me

Sat, Feb 7, 5:29 PM (7 days ago)

Once again, I would like to sincerely apologize to you. I truly hope you can understand my situation and help me this one time so I can continue pursuing my passion and work on YouTube.

I kindly ask you to withdraw the copyright complaints so I can delete all videos related to your channel from my own. I promise that I will never upload any content connected to your channel again

Please help me — I genuinely do not want this situation to create conflict or negativity between us. I hope you can understand my circumstances and give me this one opportunity to continue my work. I am willing to follow any reasonable requests you may have.

Thank you very much for your understanding and support. I wish you and your family all the very best.

Vào CN, 8 thg 2, 2026 vào lúc 05:17 Daniella Szlawienco-Haw <daniella.anna.snzw@gmail.com> đã viết:
...

**TRƯỜNG TÔ VĂN**
to me

Sat, Feb 7, 5:54 PM (7 days ago)

Once again, I would like to sincerely apologize to you. I truly hope you can understand my situation and help me this one time so I can continue pursuing my passion and work on YouTube.

I kindly ask you to withdraw the copyright complaints so I can delete all videos related to your channel from my own. I promise that I will never upload any content connected to your channel again.

Please help me — I genuinely do not want this situation to create conflict or negativity between us. I hope you can understand my circumstances and give me this one opportunity to continue my work. I am willing to follow any reasonable requests you may have.

Thank you very much for your understanding and support. I wish you and your family all the very best.

Vào CN, 8 thg 2, 2026 lúc 05:17 Daniella Szlawienco-Haw <daniella.anna.snzw@gmail.com> đã viết.
...

**TRƯỜNG TÔ VĂN**
to me

Sat, Feb 7, 6:11 PM (7 days ago)

Once again, I would like to sincerely apologize to you. I truly hope you can understand my situation and help me this one time so I can continue pursuing my passion and work on YouTube.

I kindly ask you to withdraw the copyright complaints so I can delete all videos related to your channel from my own. I promise that I will never upload any content connected to your channel again.

Please help me — I genuinely do not want this situation to create conflict or negativity between us. I hope you can understand my circumstances and give me this one opportunity to continue my work. I am willing to follow any reasonable requests you may have.

Thank you very much for your understanding and support. I wish you and your family all the very best.

**TRƯỜNG TÔ VĂN**
to me ▾

Sat, Feb 7, 8:04 PM (7 days ago)  ☆  ☺  ↰  ⋮

I sincerely apologize to you, and I would like to send my best wishes to you and your family. My life is truly very difficult right now. I am taking care of my older brother who was born with a disability and is currently in the hospital. I am facing many hardships, and I am relying heavily on this YouTube channel because it is very important to me and my family.

My parents are poor and already elderly, so I am trying to support both my parents and my brother who has a serious congenital disability. I truly hope you can understand my situation and circumstances.

I respectfully ask for your compassion and help by removing the copyright strikes so I can delete all the videos I previously used from your channel. Behind me is a family that depends on me, and a brother who is still in the hospital due to his illness.

I sincerely hope you can empathize with my situation and help me by withdrawing the copyright complaints so I can remove all the videos I used from your content. Thank you very much for your understanding. My life situation is honestly very difficult.

Vào CN, 8 thg 2, 2026 vào lúc 04:38 Danielle Szlawieniec-Haw <danielle.mnw.shaw@gmail.com> đã viết:

...

---

**TRƯỜNG TÔ VĂN**
to me ▾

Sat, Feb 7, 8:03 PM (7 days ago)  ☆  ☺  ↰  ⋮

My life is truly at a very desperate and difficult stage right now. I sincerely hope you can understand and sympathize with my situation. I am the main provider for my family, and the financial burden on me is very heavy because my parents are elderly, and I am also supporting my older brother who was born with a disability.

I respectfully ask for your understanding and kindness. Please consider helping me by removing the copyright strikes so I can delete all the videos I previously used from your channel. I offer my sincere apologies to you and your team. My family and my brother are depending on this YouTube channel, and it means a great deal to us.

I promise that I will never repeat this mistake or upload any of your content again. My situation is honestly very difficult and I am doing my best to keep moving forward.

Once again, I wish you and your family good health and all the best. Thank you very much for your understanding and consideration.

Vào CN, 8 thg 2, 2026 vào lúc 05:17 Danielle Szlawieniec-Haw <danielle.mnw.shaw@gmail.com> đã viết:

...

---

**TRƯỜNG TÔ VĂN**
to me ▾

Feb 7, 2026, 8:14 PM (7 days ago)  ☆  ☺  ↰  ⋮

I sincerely ask for your understanding and forgiveness, because my life is truly very difficult right now. This YouTube channel is extremely important to me and my family, as I am carrying a heavy financial burden on my shoulders. My parents are elderly and often unwell, and my older brother was born with a disability and is currently very sick. I am doing everything I can to support them.

I respectfully hope you can understand my family's situation and the hardship we are going through. I kindly ask for your compassion and consideration. Please forgive me and give me a chance. I am truly under a lot of stress and worry at this time.

I offer my sincere apology to you and your team from the bottom of my heart. I promise that I will delete all videos related to your content and I will never upload your material again. I only hope for one opportunity to continue my work so I can support my parents and my brother.

Thank you very much for your time and understanding. I truly hope you will consider helping me by withdrawing the copyright strikes so I can remove all related videos. I am sincerely grateful and I look forward to your reply.

Vào CN, 8 thg 2, 2026 vào lúc 05:17 Danielle Szlawieniec-Haw <danielle.mnw.shaw@gmail.com> đã viết:

...

---

**TRƯỜNG TÔ VĂN**
to me ▾

Feb 7, 2026, 8:20 PM (7 days ago)  ☆  ☺  ↰  ⋮

I sincerely apologize, and I truly hope you can understand my situation. This YouTube channel is very important to me and my family. In reality, the revenue from the channel is not much at all, but it still means a great deal to us.

I am willing to accept any reasonable request you may have. If you would like me to transfer this month's channel revenue to you, I am willing to do so. The amount may not be significant to you, but to me it is very important, as it helps me support my brother in the hospital and take care of my parents.

I respectfully ask for your understanding and support. This channel is extremely important to my family and me. I sincerely hope you can consider helping us. Once again, I offer my heartfelt apology and gratitude for your time and consideration.

Vào CN, 8 thg 2, 2026 vào lúc 05:17 Danielle Szlawieniec-Haw <danielle.mnw.shaw@gmail.com> đã viết:

...



**Danielle Szlawieniec-Haw** <danielle.irene.shaw@gmail.com>
to TRUONG

Sat, Feb 7, 5:51 PM (7 days ago)

I'm so sorry you're going through that. It must be a lot of pressure - and your family is very lucky to have you

Let's get together and have a chat on a video call to see if we can figure out a path forward

Which time zone are you in? I'm in Eastern Time and could talk Monday at 9 AM ET, if that works for you.

...



**TRƯỞNG TÔ VĂN**
to me

Sat, Feb 7, 9:00 PM (7 days ago)

Thank you for replying to my message. First, I would like to introduce myself. My name is To Van Truong, and I am from Vietnam. I am 26 years old, and I may be much younger than you. Right now I am under a lot of pressure from family responsibilities, finances, and work, so I truly hope you can understand my situation.

I want to explain why I am asking for your understanding. I live in Vietnam while you are in the United States, and it has been very difficult for me to find a way to contact you. I truly admire you. You are very skilled in your work as a YouTuber, and I genuinely hope to learn positive things from you. I am not American, but I really enjoy creating videos for an American audience. Because I am not fluent in English, managing my YouTube channel and producing videos has been very challenging for me.

If you are comfortable, please let me know which chat platform you prefer so we could arrange a video call. I would be happy to create an account there so we can talk and build trust. Right now it is 8 a.m. in Vietnam, and I am very glad that you mentioned the possibility of a video call.

I truly appreciate you and your work. I want to sincerely apologize for using your video without permission — that was my mistake. I tried many ways to contact you, including searching for an email address, but I could not find any contact information on your channel.

Thank you very much for your time and consideration. I look forward to your reply.

Vào CN, 8 thg 2, 2026 vào lúc 08:51 Danielle Szlawieniec-Haw <danielle.irene.shaw@gmail.com> đã viết:

...



**TRƯỞNG TÔ VĂN**
to me

Sat, Feb 7, 9:14 PM (7 days ago)



   Hello, I am from Vietnam. Even though we are on opposite sides of the world, I believe it is a kind of fate that we were able to connect. If you use any video-calling application, please let me know and I will contact you there. I can also reach you through Facebook or other platforms if that is more convenient for you.

I hope you can understand that I am Vietnamese and my English communication skills are not very strong. Because of this, producing engaging videos for an American audience is truly difficult for me, but I am trying my best to create useful content for viewers.

I am open to proving my situation if needed, and I sincerely hope you can understand. We can start by messaging, and if possible we could later have a video call. We can also use translation tools like Google Translate to better understand each other. I would really like the opportunity to talk with you about work and positive ideas.

I know that using your video without permission was my mistake, and I apologize for that. Building a YouTube channel as someone from Vietnam has been very challenging, and I have put in all my effort and dedication. If you are comfortable with a video call, please let me know the best way or platform to contact you so we can communicate more easily.

Thank you very much for your time and understanding. I wish you and your family good health and good luck. I am not fluent in foreign languages, but I am sincere and respectful. At the moment I rely on translation tools to communicate. I truly appreciate you taking the time to speak with me, and I am always willing to connect with you through video if you are open to it.

Vào CN, 6 thg 2, 2026 vào lúc 08:51 Danielle Szlawieniec-Haw <danielle.irene.shaw@gmail.com> đã viết:

...



**TRƯƠNG TÔ VÂN**
to me ▾

Feb 8, 2026, 7:50 PM (6 days ago)   ☆   ☺   ↩   ⋮

Hi D, I hope you're having a wonderful day with your family.

Right now, my channel has received 5 copyright strikes, with a total of 17 videos affected. To be honest, this is a very big shock for me. After our call, I sincerely hope you and your friend can understand my situation and my family's circumstances. I am truly going through a very difficult time.

I really hope you can sympathize with me and offer your support and help. Thank you both very much. I wish you both success in your work.

This YouTube channel is extremely important to me and my family. My parents are already old, and I also have a brother with a congenital disability who I am supporting in the hospital, so things are very hard for me financially.

I would like to send my sincere apologies to both of you, and I truly hope that after our call at 9 o'clock, you will understand my situation and kindly support me.

Thank you both very much.



**TRƯƠNG TÔ VÂN**
to me ▾

Mon, Feb 9, 12:57 PM (5 days ago)   ☆   ☺   ↩   ⋮

I sincerely want to apologize to you both. Right now, I truly feel like I have reached a dead end because although my YouTube channel does not earn much each month, it still helps me support my elderly parents and my older brother who is ill and disabled. I really hope you can understand my situation.

May I propose two possible solutions?
First, I kindly ask if you could help remove the copyright strikes on the 17 videos. After that, I will immediately delete all videos related to your channel, and I promise I will never again upload videos with unclear sources, without permission, or reuse content irresponsibly.

Second, if you do not agree, I still respectfully ask if you could remove the copyright strikes so I can delete all crime-interrogation videos from my channel. After that, I will change my channel's topic in the future and focus only on producing my own original content.

I truly hope you can consider helping me. Building this YouTube channel has been very difficult for me, especially as I am based in Vietnam, which makes communication and access more challenging. If you are willing to support me, please let me know. I am ready to agree to any reasonable conditions you may have. I sincerely look forward to your reply and truly appreciate your understanding.

I truly want to apologize and share my situation honestly. My life right now feels very difficult. I am not wealthy or comfortable like many others. I am trying my best to support my family — my parents are elderly, and my older brother is seriously ill and disabled. I sincerely hope you can understand the hardship my family and I are facing.

I respectfully ask for your understanding and compassion. Losing my YouTube channel would be a very big shock for me, because it is one of the few ways I can help support my family each month. I am very worried and have been thinking about this constantly.

I truly hope you can understand my circumstances and consider helping me. I am sincerely asking for your understanding and kindness. Thank you very much for taking the time to read my message.

Vào Thứ 2, 9 thg 2, 2026 vào lúc 20:01 Danielle Szlawieniec-Haw <danielle.irene.shaw@gmail.com> đã viết:

···

**Danielle Szlawieniec-Haw** <danielle.irene.shaw@gmail.com>
to TRƯƠNG ▾

Feb 9, 2026, 8:01 AM (5 days ago)   ☆   ☺   ↩   ⋮

Hi To Van,

I'm so sorry, but could we move our meeting by 30 minutes from 9 to 9:30?

See you soon!

D

···

**TRƯƠNG TÔ VÂN**
to me ▾

Feb 9, 2026, 8:05 AM (5 days ago)   ☆   ☺   ↩   ⋮

Thank you. So let's meet at 9:30. Thank you very much for taking the time for me — I'll be waiting for you.

Vào Thứ 2, 9 thg 2, 2026 vào lúc 20:01 Danielle Szlawieniec-Haw <danielle.irene.shaw@gmail.com> đã viết:

···



**TRƯỜNG TÔ VÂN**
to me ▾

Feb 9, 2026, 5:04 PM (5 days ago)    ☆    ☺    ↩    ⋮

I have only been doing YouTube for about a year, so my experience in this field is still limited and I know I have made mistakes. I sincerely hope you can forgive me. This is truly a big lesson for me. My situation is very difficult, and right now I can hardly express my emotions. I am extremely worried and nervous.

I respectfully ask for your understanding and compassion. I am deeply grateful for any consideration you can give. I promise I will learn from this and never forget your kindness. At the moment, I am very stressed and anxious — it is already late at night here in Vietnam, and for the past two nights I have barely been able to sleep. My daily workload is heavy, and I only sleep two or three hours a day, which has left me exhausted.

I truly hope you can understand my circumstances and give me a chance to correct my mistakes. I sincerely look forward to your reply and appreciate your time and understanding very much

Vào Thứ 2, 9 thg 2, 2026 vào lúc 20:01 Danielle Szlawienico-Haw <danielle.mm.shaw@gmail.com> đã viết:
...



**TRƯỜNG TÔ VÂN**
to me ▾

Feb 9, 2026, 1:13 PM (5 days ago)    ☆    ☺    ↩    ⋮

**As you may know, my YouTube channel only gets around 60,000 views per month — which for you might be just one video — but for me it is truly important. That income helps my family and me get through difficult times. My family is facing many hardships, and I carry the responsibility of supporting three people. I sincerely hope you can understand my situation.

My channel only earns about $500 to $600 per month, but to me it is very meaningful. I upload many videos just to reach what you might achieve with a single upload. I respectfully ask for your understanding and compassion. If my channel is removed from YouTube, it would be a huge loss of time, effort, and a heavy emotional burden, especially since I am already struggling to support my parents and my older brother

I truly hope you can understand and consider helping me. I look forward to your reply and sincerely appreciate your time and understanding

Vào Thứ 2, 9 thg 2, 2026 vào lúc 20:01 Danielle Szlawienico-Haw <danielle.mm.shaw@gmail.com> đã viết:
...



**TRƯỜNG TÔ VÂN**
to me ▾

Mon, Feb 9, 2:13 PM (5 days ago)    ☆    ☺    ↩    ⋮

Honestly, if you don't believe me, I'll take a video tomorrow with my brother to show you just how hard my life is. I'll send it over so you can see my situation. I really hope you understand

Vào Th 2, 9 thg 2, 2026 lúc 20 01 Danielle Szlawienico-Haw <danielle.mm.shaw@gmail.com> đã viết
...



**TRƯỜNG TÔ VÂN**
to me ▾

Mon, Feb 9, 6:05 PM (5 days ago)    ☆    ☺    ↩    ⋮

Hello, could we arrange a meeting as soon as possible so I can explain my plans and the future direction of my channel and its content? I hope we can meet at the earliest convenience so I can clearly discuss the upcoming plans for the channel. I would kindly ask for about 20 to 30 minutes to present everything. Would you agree? I look forward to your reply.

Vào CN, 8 thg 2, 2026 vào lúc 09:40 Danielle Szlawienico-Haw <danielle.mm.shaw@gmail.com> đã viết:
...



**TRƯỜNG TÔ VÂN**
to me ▾

Feb 8, 2026, 6:33 PM (5 days ago)    ☆    ☺    ↩    ⋮

Hello, thank you for responding to my message. I would now like to explain the details of the work so that we can find the quickest possible solution together. I hope you can listen and share your thoughts to help me.

I sincerely ask you to remove the copyright strike on my channel so that I can delete all the videos currently on it. After that, I will change my direction and focus on a completely new topic that I will produce and edit by myself. I will no longer create crime interrogation content and will move to a new subject.

In the future, I will create, edit, and develop my own ideas and content by myself, focusing on political topics and world conflicts such as the Russia-Ukraine war and other global wars. I will not take content from any YouTube channel or from anyone else. From that point on, I will fully produce my own videos and shift my channel to a new direction related to politics and world conflicts. I hope you can understand this.

In this content, I will present and explain topics related to the origins of wars, military forces, armed conflicts, and international sanctions imposed by different countries. I will then edit and analyze how these conflicts might develop, what possible directions they could take, and how political leaders may attempt to resolve issues through negotiations or, in some cases, through military actions. I will also discuss the potential impacts, values, and long-term consequences that wars may bring.

For my videos, I will independently research global news sources and use AI tools and video-creation technologies to simulate situations and provide illustrative visuals that help viewers better understand the subject matter. I may include very short video clips (around 3–5 seconds) without original audio, then replace them with entirely new narration, original scripts, and my own analysis. My goal is to clearly explain the context, guide the audience through the information, and engage in discussions with viewers about global conflicts from an analytical and educational perspective.

Use royalty-free stock videos.

Use self-designed images, maps, and graphics.

Use AI to create illustrative visuals.

Long-term value: Your channel will carry your personal identity, making it easier to build a unique brand

Credibility with viewers. Audiences often appreciate original content because they can see the effort and creativity behind it.

Sustainable growth: Income may be slow at the beginning, but it becomes more stable over time

These are the directions and content plans I hope to develop for my channel in the future. I sincerely hope you can understand my goodwill and my efforts to improve and make changes. I would truly appreciate your support and feedback. Thank you very much for taking the time to read and listen

**Once again, I would like to sincerely thank both of you. I truly hope you can share your opinions about my upcoming content plans for the future, and I kindly ask for your consideration in removing the copyright strikes on my seventeen videos after reading this message. Once again, thank you very much. I wish you great success in your work, good health, and happiness with your family. I sincerely appreciate your time and thank you for reading

**TRƯỞNG TÔ VÂN**
to me

Feb 10, 2026, 8:26 AM (4 days ago)

If you two make things difficult and deliberately pressure me, and remain adamant about not removing the copyright strike, please let me know. Think carefully before making a decision. I have already sincerely apologized, and I didn't want to interfere with anyone's livelihood, so please understand, and don't let yourself regret it later.

Vào Thứ 2, 9 thg 2, 2026 vào lúc 20:01 Danielle Szlawieniec-Haw <danielle.irene.shaw@gmail.com> đã viết:
...

**TRƯỞNG TÔ VÂN**
to me

Feb 10, 2026, 10:08 AM (4 days ago)

So, what do you want now? Tell me. In short, you're deliberately trying to pressure me without removing the copyright infringement claim, right? What exactly is the situation? Just tell me.

Vào Th 2, 9 thg 2, 2026 lúc 20:01 Danielle Szlawieniec-Haw <danielle.irene.shaw@gmail.com> đã viết:
...

**TRƯỞNG TÔ VÂN**
to me

Tue, Feb 10, 6:11 PM (4 days ago)

Alo

Vào Th 2, 9 thg 2, 2026 lúc 20:01 Danielle Szlawieniec-Haw <danielle.irene.shaw@gmail.com> đã viết:
...

**TRƯỞNG TÔ VÂN**
to me

Tue, Feb 10, 1:21 PM (4 days ago)

Hello, I've sent a few messages earlier but haven't received a response yet. I'm not sure if you've had a chance to review them. I would really appreciate it if you could reply when you have time so we can discuss and resolve this matter clearly and peacefully. Thank you very much.

**TRƯỞNG TÔ VÂN**
to me

Tue, Feb 10, 1:41 PM (4 days ago)

How are you planning to handle this matter? Please let me know and respond so we can both clearly understand the situation and how to proceed with the work. Could you please reply to me? I really need your response.

Vào Thứ 2, 9 thg 2, 2026 vào lúc 20:01 Danielle Szlawieniec-Haw <danielle.irene.shaw@gmail.com> đã viết:
...

**TRƯỞNG TÔ VÂN**
to me

Feb 10, 2026, 4:04 PM (4 days ago)



I hope you understand my sincerity. This can be easily resolved: you don't need to push me into a corner like this, causing conflict and resentment between us. I hope you understand my sincerity.

If you intentionally push me into a corner and I lose my channel, then there's nothing more to say. In Vietnam, there's a great saying: (Helping others is helping yourself) (Don't corner anyone, when they turn around, they'll be no different than a dog. Their character and kindness will be gone).

If you push me to the brink and stubbornly refuse to remove the copyright warning, then you should prepare yourself; your channel will not survive. It will soon die due to invalid clicks, fake uploads, and invalid views on AdSense.

If my YouTube channel is lost and deleted from the platform, your channel won't survive either. Keep trying, keep going. And let me tell you, viewers from India and Vietnam will flock to your videos to watch criminal interrogations in America. Even though they won't understand anything, there will probably be a lot of viewers. 50% of your video viewers will be Vietnamese. And then your channel will disappear, it will grow rapidly, and then YouTube will lose its recommendations and YouTube will scan your content. And then you won't understand why you only get 2000-3000 views on your videos. Okay?

I'm not trying to scare anyone, but please don't corner me so we both lose something before you understand.

I hope you understand this and we can resolve this issue together. Let's resolve this peacefully and amicably. Don't pressure me or force us to resort to dirty tricks and shady tactics. Don't push me to the brink when we still respect and value each other.

Think carefully about it before you answer me. But if you insist, in ten days I'll show you what the problem is.



TRƯỞNG TÔ VĂN
to me ▾

Feb 10, 2025, 4:46 PM (6 days ago)  ☆  ☺  ↩  ⋮



In ten days, your channel will have a lot of viewers from Vietnam watching your U.S. interrogation videos, and many viewers from India will also focus on and watch your videos. Are you happy about that? Keep pressuring me. Since you are intentionally pushing me anyway, then be ready to face the consequences. I have already been kind to you.

And remember this — check your channel analytics, check your audience statistics. Vietnamese viewers love you very much, they will watch your videos a lot. Each video will have 10,000, 20,000, even 30,000 viewers from Vietnam and India watching your interrogation videos.

You know, Vietnamese viewers usually only film to watch the first 10 seconds. Your videos are one hour long, but they only watch 10 seconds. Hello, thank you. I wish you success. Ten days from now, if you don't want that to happen, reply to me and remove the copyright strike. Remember that.



Email thread B:



**TRƯỞNG TÔ VĂN**
to me ▾

Mon, Feb 9, 8:08 AM (5 days ago)    ☆  ☺  ↩  ⋮

Thank you. So let's meet at 9:30. Thank you very much for taking the time for me — I'll be waiting for you.

Vào Thứ 2, 9 thg 2, 2026 vào lúc 20:01 Danielle Szlawieniec-Haw <danielle.irene.shaw@gmail.com> đã viết:

> This event has been updated
> Changed: time
>
> **Join with Google Meet**
>
> **Meeting link**
> meet.google.com/zfq-vohu-ecr
>
> **When** CHANGED
> Monday Feb 9, 2026 · 9:30pm – 10pm (Indochina Time - Ho Chi Minh City)
> ~~Monday Feb 9, 2026 · 9pm – 9:30pm (Indochina Time - Ho Chi Minh City)~~
>
> **Guests**
> Danielle Szlawieniec-Haw - organizer
> anhduoc86bg@gmail.com
> View all guest info
>
> **Reply** for anhduoc86bg@gmail.com
>    Yes    No    Maybe    More options

---

**TRƯỞNG TÔ VĂN**
to me ▾

Feb 9, 2026, 12:53 PM (5 days ago)    ☆  ☺  ↩  ⋮

I sincerely want to apologize to you both. Right now, I truly feel like I have reached a dead end because although my YouTube channel does not earn much each month, it still helps me support my elderly parents and my older brother who is ill and disabled. I really hope you can understand my situation.

May I propose two possible solutions?
First, I kindly ask if you could help remove the copyright strikes on the 17 videos. After that, I will immediately delete all videos related to your channel, and I promise I will never again upload videos with unclear sources, without permission, or reuse content irresponsibly.

Second, if you do not agree, I still respectfully ask if you could remove the copyright strikes so I can delete all crime-interrogation videos from my channel. After that, I will change my channel's topic in the future and focus only on producing my own original content.

I truly hope you can consider helping me. Building this YouTube channel has been very difficult for me, especially as I am based in Vietnam, which makes communication and access more challenging. If you are willing to support me, please let me know. I am ready to agree to any reasonable conditions you may have. I sincerely look forward to your reply and truly appreciate your understanding.

I truly want to apologize and share my situation honestly. My life right now feels very difficult. I am not wealthy or comfortable like many others. I am trying my best to support my family — my parents are elderly, and my older brother is seriously ill and disabled. I sincerely hope you can understand the hardship my family and I are facing.

I respectfully ask for your understanding and compassion. Losing my YouTube channel would be a very big shock for me, because it is one of the few ways I can help support my family each month. I am very worried and have been thinking about this constantly.

I truly hope you can understand my circumstances and consider helping me. I am sincerely asking for your understanding and kindness. Thank you very much for taking the time to read my message.
...

---

**TRƯỞNG TÔ VĂN**
to me ▾

Feb 9, 2026, 1:04 PM (5 days ago)    ☆  ☺  ↩  ⋮

I have only been doing YouTube for about a year, so my experience in this field is still limited and I know I have made mistakes. I sincerely hope you can forgive me. This is truly a big lesson for me. My situation is very difficult, and right now I can hardly express my emotions. I am extremely worried and nervous.

I respectfully ask for your understanding and compassion. I am deeply grateful for any consideration you can give. I promise I will learn from this and never forget your kindness. At the moment, I am very stressed and anxious — it is already late at night here in Vietnam, and for the past two nights I have barely been able to sleep. My daily workload is heavy, and I only sleep two or three hours a day, which has left me exhausted.

I truly hope you can understand my circumstances and give me a chance to correct my mistakes. I sincerely look forward to your reply and appreciate your time and understanding very much.

---

**TRƯỞNG TÔ VĂN**
to me ▾

Mon, Feb 9, 5:36 PM (5 days ago)    ☆  ☺  ↩  ⋮

Hello, could we arrange a meeting as soon as possible so I can explain my plans and the future direction of my channel and its content? I hope we can meet at the earliest convenience so I can clearly discuss the upcoming plans for the channel. I would kindly ask for about 20 to 30 minutes to present everything. Would you agree? I look forward to your reply.
...

---

**Danielle Szlawieniec-Haw** <danielle.irene.shaw@gmail.com>
to TRƯỞNG ▾

Mon, Feb 9, 6:12 PM (5 days ago)    ☆  ☺  ↩  ⋮

Hi To Van,

We're just in the middle of editing a video. We could chat tomorrow - or, if you want to email us, we could read over your plan tonight.

Sorry we're not free earlier, but we're really looking forward to hearing your thoughts.

D
...



**TRƯƠNG TÔ VÂN**
to me

Hello, thank you for responding to my message. I would now like to explain the details of the work so that we can find the quickest possible solution together. I hope you can listen and share your thoughts to help me.

I sincerely ask you to remove the copyright strike on my channel so that I can delete all the videos currently on it. After that, I will change my direction and focus on a completely new topic that I will produce and edit by myself. I will no longer create crime interrogation content and will move to a new subject.

In the future, I will create, edit, and develop my own ideas and content by myself, focusing on political topics and world conflicts such as the Russia–Ukraine war and other global wars. I will not take content from any YouTube channel or from anyone else. From that point on, I will fully produce my own videos and shift my channel to a new direction related to politics and world conflicts. I hope you can understand this.

In this content, I will present and explain topics related to the origins of wars, military forces, armed conflicts, and international sanctions imposed by different countries. I will then edit and analyze how these conflicts might develop, what possible directions they could take, and how political leaders may attempt to resolve issues through negotiations or, in some cases, through military actions. I will also discuss the potential impacts, values, and long-term consequences that wars may bring.

For my videos, I will independently research global news sources and use AI tools and video-creation technologies to simulate situations and provide illustrative visuals that help viewers better understand the subject matter. I may include very short video clips (around 3–5 seconds) without original audio, then replace them with entirely new narration, original scripts, and my own analysis. My goal is to clearly explain the context, guide the audience through the information, and engage in discussions with viewers about global conflicts from an analytical and educational perspective.

Use royalty-free stock videos.

Use self-designed images, maps, and graphics.

Use AI to create illustrative visuals.

Long-term value: Your channel will carry your personal identity, making it easier to build a unique brand.

Credibility with viewers: Audiences often appreciate original content because they can see the effort and creativity behind it.

Sustainable growth: Income may be slow at the beginning, but it becomes more stable over time.

These are the directions and content plans I hope to develop for my channel in the future. I sincerely hope you can understand my goodwill and my efforts to improve and make changes. I would truly appreciate your support and feedback. Thank you very much for taking the time to read and listen.

"Once again, I would like to sincerely thank both of you. I truly hope you can share your opinions about my upcoming content plans for the future, and I kindly ask for your consideration in removing the copyright strikes on my seventeen videos after reading this message. Once again, thank you very much. I wish you great success in your work, good health, and happiness with your family. I sincerely appreciate your time and thank you for reading.



**TRƯƠNG TÔ VÂN**
to me

I sincerely hope both of you can share your opinions with me, and I truly hope you will try to support me in resolving the copyright issue. Tonight, I am really looking forward to your assistance. Thank you both very much for your time and consideration. I hope to hear back from you soon. Wishing you a very pleasant evening.

Vào Thứ 3, 10 thg 2, 2026 vào lúc 09:12 Danielle Sriawiroc-Hsw <daniele.sriawiroc@gmail.com> đã viết:



**Danielle Sriawiroc-Hsw** <daniele.sriawiroc@gmail.com>
to TỔ VÂN

Hi To Van,

This proposal seems to have been written by AI. It seems like you asked a program like ChatGPT to give you a channel given lines like, "Long-term value: Your channel will carry your personal identity, making it easier to build a unique brand."

In spite you taking out content and trying to removed our logo so you could pass it off as your own, we have wanted to find a path forward where we could feel safe from the copyright strikes because of the situation you've told us about with your family. We've been trying very hard to find a solution, but it doesn't feel like you're meeting us halfway.

It's very hard for us to believe that this plan is how you intend to move forward given how much of it seems to be AI.

You told us that you had tried to contact all the other channels you've taken content from and get permission from several – but then it turned out that you hadn't really reached out to most and only have permission from Red Crime. We talked about you forwarding us the email from Red Crime confirming that you have that permission and forwarding us the threads trying to reach out to the other channels. You haven't sent us those yet.

We also asked you to reach out to the other channels now to get permission. Is that something you've done today? We noticed that there are channels you've taken from recently that have email addresses to contact them. Did you reach out to them before posting their content?

Have you deleted all the content that you have up from channels you don't have permission from? If not, when are you planning to do this?

We know supporting your family is essential and this is a major stressor and we want to find a path forward; but we also have to know that you are not going to take content and violate our copyright and other channels' copyright before we can do that. The use of AI and your reluctance to reach out to other channels for permission is making it very hard to believe when you say that you're changing your approach moving forward.

We're happy to re-assess if you forward us previous and current reach-outs and permissions from other channels; but without seeing that material, it's hard for us to trust that you intend to actually post your channel.

I'm sorry we're at this point and hope you're able to forward us reach-outs attempts and permissions so we can find a path forward here.

Take care,

D-

**TRƯỜNG TÔ VĂN**
to me ▾

Feb 10, 2026, 12:46 AM (4 days ago)  ☆  ☺  ↩  ⋮

Thank you for your response. Honestly, right now I don't really know the best way to explain everything to you. These are the images showing the emails I previously sent to other channel owners to request permission to reuse their content in a fair and transparent way. You can see the dates in the screenshots I provided. I reached out for permission on September 16, 2025, and also on March 25, 2025, as you can see. I truly hope you can understand my situation.

As for the future, I am planning to change my channel's focus to a different direction, with content that I will carefully research and produce myself. I hope you can understand this intention. The screenshots I shared are proof that I am an honest person who always tries to ask for permission before reusing any content and wants to do everything properly and respectfully.

However, with your channel, I genuinely could not find any way to contact you. I searched for a long time and looked for contact information, including in the video descriptions, but I couldn't find anything. That is why I was unable to reach out to you beforehand, which unfortunately led to the copyright issue today. I hope you can understand that my intentions were good.

I sincerely ask for your understanding and kindly request that you consider removing the copyright strikes so I can focus on creating original, personal content that brings more value to viewers. I truly hope you will understand my situation and respond to me soon. As you can see, the two YouTube channels I contacted before did not reply either. I hope you can empathize with my situation. I am very sorry, and I sincerely hope for your understanding. Thank you.



**TRƯỜNG TÔ VĂN**
to me ▾

Feb 10, 2026, 12:50 AM (4 days ago)  ☆  ☺  ↩  ⋮

I hope you understand my intentions. I truly respect the creators who produce these videos. I have always tried to contact channel owners in advance to ask for permission whenever possible. I actively searched for contact information so I could do things properly and respectfully. I sincerely hope you can understand this situation.

I genuinely respect all creators and their hard work. I kindly ask you to reconsider and withdraw the copyright claim so that I can continue producing my own personal and original content. From now on, I will create new scripts myself and produce videos independently, focusing on explanation, presentation, and editing real value for viewers.

I hope you can understand my intentions and consider helping me. Thank you very much. I wish you a wonderful day. I also hope we can resolve this matter quickly without causing inconvenience or taking too much of your valuable time, as I understand you are very busy.

I sincerely hope you will reply and support me by removing the copyright strike. YouTube has notified me that my channel may be removed in five days, and this channel is extremely important to me and my family. If the strike is removed, I will immediately delete the related videos.

I respectfully submit this request and truly hope for your understanding and support. Thank you very much, and I look forward to your response.

I would like to make a sincere commitment that from now on I will only produce and edit content that is entirely created by myself. My future videos will be original, without duplication, and I will not use or take any content from others without permission.

I hope you can understand that I am being completely honest and genuine with this message. I respectfully ask for your understanding and support in removing the copyright strike so that I may continue uploading new content that I personally produce and edit on my YouTube channel.

I truly want to follow the rules and respect all creators. I will not use any video or source from anyone without clear permission or approval. I sincerely hope for your understanding and consideration.

Vào Thứ 3, 10 thg 2, 2026 vào lúc 12:23 Danielle Sziwmaniec-Haw <danielle.intheuitham@gmail.com> đã viết:
⋯

**Danielle Szławieniec-Haw** <danielle.store.channel@gmail.com>
to TRƯỜNG ▾

Feb 10, 2026, 12:57 AM (4 days ago)  ☆  ☺  ↩  ⋮

Thank-you for this. We'll send it all over.

I noticed that you didn't send any messages to Couch Detectives - despite them having a clear email on their channel. Also, you were going to send the permission from Red Crime. Could you please forward the whole email thread from them?



**TRƯƠNG TÔ VĂN**
to me ▾

Feb 10, 2026, 1:03 AM (4 days ago)    ☆  ☺  ↩  ⋮

As you know, I have always tried my best to ask for permission by sending emails through Gmail to any channel owners who publicly provide their contact information. Regarding the channel you mentioned, the owner only recently added their Gmail address, not before. I hope you can understand this situation.

For the other channel I referred to, I contacted them through the comment section under their videos, and I did receive their agreement. They allowed me to reuse the content as long as I credited their channel as the source.

As you can see from my emails sent as early as March 2025, I am truly an honest and sincere person. I always respect the audience and especially respect the creators who produce these videos. I sincerely hope you can understand my intentions and situation.

Vào Thứ 3, 10 thg 2, 2026 vào lúc 12:57 Danielle Szlawieniec-Haw <danielle.irene.shaw@gmail.com> đã viết:

...



**TRƯƠNG TÔ VĂN**
to me ▾

Feb 10, 2026, 1:05 AM (4 days ago)    ☆  ☺  ↩  ⋮

Right now, you are asking me to contact every other channel by Gmail to obtain their permission. I truly understand your request, but I hope you can also understand my situation — many channels simply do not provide any Gmail or contact information on their pages, so it is extremely difficult for me to reach them.

In the past, I have tried commenting under their videos to politely ask for permission and hoped they would understand and allow me to reuse the content in a reasonable way. As you know, for some channels I did send emails as early as March 2025. However, emails can be hidden, lost, or forgotten over time, and sometimes message threads are deleted. I sincerely hope you can understand this difficulty.

I am not trying to avoid responsibility, and I truly apologize for the inconvenience. Over the past two days, I have been very honest and cooperative with you. I respectfully ask for your understanding and please do not put too much pressure on me. I do not want this situation to escalate or become more complicated than it already is. I am speaking to you with complete sincerity and respect.

Vào Thứ 3, 10 thg 2, 2026 vào lúc 12:57 Danielle Szlawieniec-Haw <danielle.irene.shaw@gmail.com> đã viết:

...

**TRƯƠNG TÔ VĂN**
to me ▾

Feb 10, 2026, 1:12 AM (4 days ago)    ☆  ☺  ↩  ⋮

At this point, I just want to be honest with you. I have sincerely apologized many times, and as you already know, my situation is very difficult. I truly hope you can understand my sincerity and please do not put too much pressure on me. I really do not want this situation to turn into anger or resentment between us.

My channel does not generate much revenue, but it is very important to me. I always respect my audience and I truly respect the creators and writers who produce this content. I hope you can understand that I never intended any harm.

Right now, I am facing many challenges and I am doing my best to handle this responsibly. If there is a specific way you would like me to resolve this issue, please let me know directly so I can follow your instructions clearly. I am willing to cooperate and correct my mistakes.

Thank you very much for your time and for considering my request. I sincerely appreciate your understanding and response.

Vào Thứ 3, 10 thg 2, 2026 vào lúc 12:57 Danielle Szlawieniec-Haw <danielle.irene.shaw@gmail.com> đã viết:

...

**TRƯƠNG TÔ VĂN**
to me ▾

Feb 10, 2026, 1:28 AM (4 days ago)    ☆  ☺  ↩  ⋮

I truly hope we can resolve this matter in a friendly and peaceful way. I sincerely ask for your understanding. I have shared images showing that in the past I tried to contact other channels to request permission before reusing any content, because I genuinely respect the creators and the work they produce. As you can see, I did not start reaching out only recently — I have been trying since March 2025.

My intention has always been to handle everything respectfully and transparently. I hope we can find the best and most positive solution together. I really do not want this situation to escalate or create any negative feelings between us. I prefer that we handle this calmly and privately, with mutual respect.

If you feel that I have not shown enough respect or that I made mistakes in the past, please let me know directly. I am open to your feedback and willing to correct my actions. If removing the copyright claims is not possible, I am still willing to cooperate and find another solution that works for both of us.

This YouTube channel is very important to me, but above all I value mutual respect and understanding. Thank you very much for your time and consideration. I truly appreciate your response.

Vào Thứ 3, 10 thg 2, 2026 vào lúc 12:57 Danielle Szlawieniec-Haw <danielle.irene.shaw@gmail.com> đã viết:

...

**TRƯỞNG TÔ VĂN**
to me

Tue, Feb 10, 1:31 AM (4 days ago)

I have been sincere and I have apologized many times. I truly hope you can understand my situation and consider removing the copyright strikes to help me. I have clearly stated that I will change the direction of my channel. From now on, my content will be personal and original, and I will not reuse any material from other sources again. I will produce and edit my own unique videos.

If you decide not to remove the strikes, then I will have no choice but to accept losing my channel. I will accept the consequences, even if my channel is removed from YouTube. However, I sincerely hope you will not push me into a dead end. I am trying my best to resolve this in a respectful and peaceful way.

I hope you can understand my honesty and my effort to change. I truly wish we can handle this matter calmly and professionally.

I truly want to resolve this matter in the most peaceful and respectful way possible. If you firmly decide not to remove the copyright strikes, then I will accept losing my channel, even though it will be very difficult for me.

I simply hope you can understand my situation and not push things to an extreme where neither side benefits. I believe we can handle this professionally and avoid any unnecessary conflict.

I sincerely hope you can understand my intentions and consider this with mutual respect.

Vào Thứ 3, 10 thg 2, 2026 vào lúc 12:57 Danielle Szlawienec-Haw <danielle.irene.haw@gmail.com> đã viết:
...

**TRƯỞNG TÔ VĂN**
to me

Tue, Feb 10, 1:05 AM (4 days ago)

I want you to know that I truly respect your work and I sincerely wish to handle this matter in a peaceful and positive way. I hope you can understand my situation.

If you firmly decide not to remove the copyright strikes, I will have to accept losing my channel, even though it will be very difficult for me. I just want to be honest about how serious this is for me.

I genuinely hope we can resolve everything calmly and respectfully. Please don't push this situation to an extreme. I believe we can find a solution that keeps things respectful and professional for both sides.

I want to be honest — losing this channel would be a serious setback for me. I truly hope we can resolve this in a fair and respectful way. I'm committed to changing my content and avoiding any future issues. I sincerely ask for your understanding and consideration.

**TRƯỞNG TÔ VĂN**
to me

Tue, Feb 10, 0:17 AM (4 days ago)

So, what do you want now? Tell me. In short, you're deliberately trying to pressure me without removing the copyright infringement claim, right? What exactly is the situation? Just tell me.

Vào Thứ 3, 10 thg 2, 2026 vào lúc 12:57 Danielle Szlawienec-Haw <danielle.irene.haw@gmail.com> đã viết.
...

**TRƯỞNG TÔ VĂN**
to me

Tue, Feb 10, 8:22 AM (4 days ago)

In short, are you two doing this intentionally? Are you sure about your decision? Please tell me. If you are sure, please tell me so I can figure out how to handle it. Then you'll understand how to handle it. I value you both and I've already apologized, but you're still adamant about your decision, aren't you? You're deliberately making things difficult for me, aren't you? If you're doing this intentionally, please let me know so I can handle it, and please be sure before making your decision, don't let yourself regret it later.

Vào Thứ 3, 10 thg 2, 2026 vào lúc 12:57 Danielle Szlawienec-Haw <danielle.irene.haw@gmail.com> đã viết:
...

**TRƯỞNG TÔ VĂN**
to me

Tue, Feb 10, 10:07 AM (4 days ago)

So, what do you want now? Tell me. In short, you're deliberately trying to pressure me without removing the copyright infringement claim, right? What exactly is the situation? Just tell me.

**TRƯỞNG TÔ VĂN**
to me

Feb 10, 2026, 1:11 PM (4 days ago)

No

Vào Th 3, 10 thg 2, 2026 lúc 12:57 Danielle Szlawienec-Haw <danielle.irene.haw@gmail.com> đã viết:
...

**TRƯỞNG TÔ VĂN**
to me

Feb 10, 2026, 1:20 PM (4 days ago)

Hello, I've sent a few messages earlier but haven't received a response yet. I'm not sure if you've had a chance to review them. I would really appreciate it if you could reply when you have time so we can discuss and resolve this matter clearly and peacefully. Thank you very much.

Vào Thứ 3, 10 thg 2, 2026 vào lúc 12:57 Danielle Szlawienec-Haw <danielle.irene.haw@gmail.com> đã viết:
...

**TRƯỞNG TÔ VĂN**
to me

Feb 10, 2026, 1:41 PM (4 days ago)

How are you planning to handle this matter? Please let me know and respond so we can both clearly understand the situation and how to proceed with the work. Could you please reply to me? I really need your response.

Vào Thứ 3, 10 thg 2, 2026 vào lúc 12:57 Danielle Szlawienec-Haw <danielle.irene.haw@gmail.com> đã viết:
...



**TRƯỞNG TÔ VĂN**
to me ▾

Feb 10, 2026, 4:03 PM (4 days ago)    ☆    ☺    ↩    ⋮

I hope you understand my sincerity. This can be easily resolved; you don't need to push me into a corner like this, causing conflict and resentment between us. I hope you understand my sincerity.

If you intentionally push me into a corner and I lose my channel, then there's nothing more to say. In Vietnam, there's a great saying: (Helping others is helping yourself) (Don't corner anyone; when they turn around, they'll be no different than a dog. Their character and kindness will be gone).

If you push me to the brink and stubbornly refuse to remove the copyright warning, then you should prepare yourself, your channel will not survive. It will soon die due to invalid clicks, fake uploads, and invalid views on AdSense.

If my YouTube channel is lost and deleted from the platform, your channel won't survive either. Keep trying, keep going. And let me tell you, viewers from India and Vietnam will flock to your videos to watch criminal interrogations in America. Even though they won't understand anything, there will probably be a lot of viewers. 50% of your video viewers will be Vietnamese. And then your channel will disappear. It will grow rapidly, and then YouTube will lose its recommendations and YouTube will scan your content. And then you won't understand why you only get 2000-3000 views on your videos. Okay?

I'm not trying to scare anyone, but please don't corner me so we both lose something before you understand.

I hope you understand this and we can resolve this issue together. Let's resolve this peacefully and amicably. Don't pressure me or force us to resort to dirty tricks and shady tactics. Don't push me to the brink when we still respect and value each other.



Think carefully about it before you answer me. But if you insist, in ten days I'll show you what the problem is





**Danielle Szlawieniec-Haw** <danielle.laurene.shaw@gmail.com>
to TRƯỜNG ▾

Tue, Feb 10, 5:25 PM (4 days ago)    ☆    ☺    ↩    ⋮

To Van,

As we told you yesterday, we had a video coming out today. Then, we were dealing with an emergency and didn't have time to write you back. It hasn't even been twenty-four hours and you have sent twenty-six emails.

Not only is that harassment, but you have also become threatening.

We were completely open, honest, and trying to be compassionate and kind. We wanted to find a path forward, but your threats have left us no way to do that.

We will be sending your contact information and threats to YouTube, our lawyers, and the police.

We are sorry this is what the situation has come to. We wish you had chosen to move forward in a different way.

Please do not contact us again

D.

...

 

**TRƯỞNG TÔ VĂN**
to me ▾

Tue, Feb 10, 5:33 PM (4 days ago)    ☆    ☺    ↩    ⋮

I just want to say this clearly.
First, I have already apologized to you sincerely and respectfully.
Second, I promise that from now on I will not reuse any of your videos or content in any form.

I truly hope we can resolve this matter in a peaceful and friendly way.
If you agree to remove the copyright strikes, I will immediately delete the related videos, and we will no longer be connected in any way.

I am being honest and transparent with you. I only ask for a clear answer.
Are you willing to remove the copyright strikes on my channel or not?

Please don't put me in a situation where I feel completely cornered. I sincerely hope we can handle this calmly and respectfully



**TRƯỜNG TÔ VẤN**
to me ▾

Feb 10, 2026, 5:50 PM (4 days ago)    ☆    ☺    ↩    ⋮

Remember this day, you're forcing me into a corner. In ten days, don't blame me or ask why your channels are getting so many views, so many viewers from Vietnam and India, and losing recommendations en masse. I might shut down your YouTube payment accounts and invalid views. You can't escape. I hope you understand this and let's resolve this amicably. Don't push me any further. I can't take it anymore, understand? Do you understand? Now, I'm stating the rules: either my channel survives, or my channel is lost, and yours won't survive either. I'm saying this so you understand. Do whatever you want. No YouTube can intervene in this matter for you. And no YouTube can intervene in your channel losing recommendations. Do you understand? Choose the safe solution. Don't challenge me anymore and don't push me to the brink.

Vào Thứ 4, 11 thg 2, 2026 vào lúc 05:32 TRƯỜNG TÔ VẤN <mhluoc6t5g@gmail.com> đã viết:
...

**TRƯỜNG TÔ VẤN**
to me ▾

Feb 10, 2026, 6:10 PM (4 days ago)    ☆    ☺    ↩    ⋮

I'm only telling you this one last time to put an end to this. My channel currently has 5 copyright strikes on 17 videos. You have two options. One, remove the copyright strikes, and I will delete all your videos from my channel. Two, you continue with your decision to file copyright strikes on my channel, and you will face very serious consequences. It's possible that your channel will have many viewers from Vietnam and India who will support you and watch your interruption videos. Vietnamese love watching thousands of accounts on the same device for a single video, watching for fifteen to twenty seconds before leaving. Your channel won't last long and won't survive. Think carefully about this. That's all I have to say. Goodbye. If you agree to resolve the issue, please contact me. If you don't want to resolve it, just stay silent. You will receive the first results in ten days; I'm letting you know this in advance.

Vào Thứ 4, 11 thg 2, 2026 vào lúc 05:26 Daniele Szlamieniec-Haw <danielle.irene.shaw@gmail.com> đã viết:
...

**TRƯỜNG TÔ VẤN**
to me ▾

Wed, Feb 11, 6:24 AM (3 days ago)    ☆    ☺    ↩    ⋮

In short, you guys are messing with me and deliberately trying to pressure me and refusing to remove the copyright strike. In short, I'll accept losing my channel, but your channel won't survive or be stable either. I'll find every way to pump up views and comments with fake money, and I'll do everything I can to make your channel lose its recommendations and gradually die out. You won't be able to exist on YouTube or make money anymore. That's all I'm going to say. In ten days, I'll start pumping up views from Vietnam and India on your channel with videos you upload. You won't escape. Remember this day.

Vào Thứ 4, 11 thg 2, 2026 vào lúc 05:26 Daniele Szlamieniec-Haw <danielle.irene.shaw@gmail.com> đã viết:
...



**TRƯỜNG TÔ VẤN**
to me ▾

Feb 11, 2026, 2:49 AM (2 days ago)    ☆    ☺    ↩    ⋮

Go ahead and file copyright claims, you motherfucker. In a few days, I'll show you just how many Vietnamese and Indian views your channel has. Fuck you, you dog! You can't do anything to your father. Keep going, and in a few days your father will make you pay for your actions. Just wait, you dog. In ten days, I'll blow up your channel and take it down completely. Keep hitting me with your copyright infringement claims, and I'll pass the buck to you. If you're so brave, go ahead and go to court. I'm not afraid.

Vào Thứ 4, 11 thg 2, 2026 vào lúc 05:26 Daniele Szlamieniec-Haw <danielle.irene.shaw@gmail.com> đã viết:
...

**TRƯỜNG TÔ VẤN**
to me ▾

Feb 10, 2026, 5:38 PM (4 days ago)    ☆    ☺    ↩    ⋮

Whether you report it to the police or your lawyer, go ahead. I'd be happy for that. But don't push me into a corner. When I'm cornered, you'll be gone too, and your channel will be gone as well. I'm telling you straight, I'll destroy your channel completely. The best thing to do is resolve this peacefully and amicably, without anyone interfering. Everything will be fine, everything will be normal. If you want to keep your decision to take copyright strikes on my channel, go ahead. I don't care anymore, you don't have to remove them. And think carefully before you decide whether or not to remove the copyright strike. If you don't remove it, I promise you on my honor, your channel will no longer have many American views. It will be Vietnamese and Indian views. I'm telling you, you'd better resolve this quickly. I'll give you 12 hours to remove the copyright strike on my channel. I don't need to know, you don't need to explain anything. I've had enough. Either I lose my channel now, or we both die. And I don't need to listen to you anymore; you're confronting me like a dog. Tonight, we'll either resolve the copyright infringement issue and both stay peaceful, neither bothering the other. But if you mess with me, then even if my channel dies, yours won't survive either.

Vào Thứ 4, 11 thg 2, 2026 vào lúc 05:26 Daniele Szlamieniec-Haw <danielle.irene.shaw@gmail.com> đã viết:
...



**TRƯỜNG TÔ VẤN**
to me ▾

Feb 10, 2026, 5:43 PM (4 days ago)    ☆    ☺    ↩    ⋮

Don't push me to the brink anymore. If my channel is taken down, yours will be ruined too. And don't make me lose my humanity, my morals. You're pushing me to the brink. If you still stubbornly refuse to remove the copyright strike, fine. In four days, my channel will be removed from YouTube. After that, I will continue to deal with your channel by artificially boosting views, clicks, and watch counts on the same device. In Vietnam, thousands of virtual devices on the same Wi-Fi network will swarm your videos, watching for only 10 to 15 seconds before leaving, and your channel will lose recommendations and your AdSense account will be flagged. So I don't want to explain any more. I'm already at my wit's end. Don't force me into this difficult situation. I hope you understand that and please resolve the copyright strike on my channel quickly. I'll give you 12 hours to resolve this issue. Don't make me say any more. Now, if you want to maintain your decision not to remove the copyright strike, that's fine. I'll show you the price we pay for our dispute. But for now, it's best if you resolve this amicably. It's your decision. I've been kind and apologized to you, so please don't push me into a corner.

Vào Thứ 4, 11 thg 2, 2026 vào lúc 05:26 Daniele Szlamieniec-Haw <danielle.irene.shaw@gmail.com> đã viết:
...